UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

CASE NO. 9:14-cv-81184-KAM

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

        Plaintiff,

vs.

DOHERTY ENTERPRISES, INC.,

        Defendant.

_____/

## DEFENDANT DOHERTY APPLE FLORIDA, LLC'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the parties' agreement as set forth in the Joint Planning and Scheduling Report, Defendant, Doherty Apple Florida, LLC, improperly identified as Doherty Enterprises, Inc. in the Complaint[1] ("Doherty"), hereby serves its mandatory Initial Disclosures on the United States Equal Employment Opportunity Commission ("EEOC").

### INTRODUCTORY STATEMENT

The following disclosures are made based on the documents and information currently available to Doherty as of the date hereof.  In accordance with Federal Rule of Civil Procedure 26(e), Doherty reserves the right to identify additional witnesses, documents, and tangible things relevant to the disputed issues in this litigation based on documents or information subsequently discovered. Doherty also reserves the right to object to the production of any documents or

---

[1]     There is a dispute between the parties regarding the name of the proper defendant.

tangible things disclosed herein on the basis of privilege, the work product doctrine, undue burden, or any other valid objection.

i.   ***Name, address and telephone number of each individual likely to have discoverable information that Doherty may use to support its claims or defenses, unless solely for impeachment, identifying subjects of information***.

    1.   Kathleen Coughlin, Vice President of Human Resources and Training, c/o Dena B. Calo, Esq., Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, telephone 215-972-7104.  Ms. Coughlin is likely to have discoverable information related to Doherty's arbitration agreement, any modifications or amendments made to the arbitration agreement, communications to employees regarding their internal and external employment claims, the acknowledgement form, and the company's practice when handling charges of unfair employment practices filed against Doherty in any forum.

    2.   Jerry Marcopoulos, Chief Financial Officer, c/o Dena B. Calo, Esq. Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, telephone 215-972-7104. Mr. Marcopoulos is likely to have discoverable information related to the company's corporate structure.

    3.   The EEOC's Miami District office, including but not limited to intake personnel, investigators and Commissioners.  This office and its staff has knowledge of any and all EEOC Charges filed by Doherty employees, the handling of those charges and the substantive defenses asserted by Doherty.

    4.   Other EEOC District Offices, including but not limited to intake personnel, investigators and Commissioners.  These offices and their staff have knowledge of any and all EEOC Charges filed by Doherty employees, the handling of those charges, and the substantive defenses asserted by Doherty.

5. Other persons as may be revealed during investigation and the course of discovery.

6. Other persons identified by the EEOC.

**ii.** *A copy – or a description by category and location – of all documents, data compilations, and tangible things that are in the possession, custody and control of Doherty and that Doherty may use to support its claims or defenses.*

1. The arbitration agreement in force as of the date the Complaint was filed.

2. Doherty's arbitration agreement as modified on or about January 5, 2015. Doherty will produce a copy of its revised arbitration agreement, subject to a properly executed confidentiality agreement.

3. Doherty's acknowledgement form, distributed to employees on January 7, 2015 through its newly implemented HRIS system. Doherty will produce a copy of this acknowledgement form subject to a properly executed confidentiality agreement.

4. All correspondence between Doherty and EEOC that was exchanged prior to the filing of this lawsuit relating to the arbitration agreement.

5. Documents related to Charges of Discrimination filed at the EEOC against Doherty within 3 years of the filing of the Complaint in this matter. Doherty will produce copies of these documents subject to a properly executed confidentiality agreement.

**iii.** *A computation of any category of damages claimed by Doherty.*

Doherty reserves its right to seek attorney's fees and costs at the appropriate point in this litigation.

**iv.** *Insurance agreements.*

Doherty is not covered by any insurance agreement for the claims asserted by the EEOC in this litigation.

Dated:  February 12, 2015                    Respectfully submitted,


                                             /s/  Antoinette Theodossakos
                                             Antoinette Theodossakos, Esq.
                                             Florida Bar No. 178608
                                             **HAILE, SHAW & PFAFFENBERGER, P.A.**
                                             660 U.S. Highway One, Third Floor
                                             North Palm Beach, FL 33408
                                             Phone: (561) 627-8100
                                             Fax: (561) 622-7603
                                             atheodossakos@haileshaw.com
                                             *Counsel for Defendant*


                                             /s/  Dena B. Calo
                                             Dena B. Calo, Esq.
                                             **SAUL EWING LLP**
                                             650 College Road East
                                             Suite 4000
                                             Princeton, NJ 08540-6603
                                             Phone: (609) 452-3135
                                             Fax: (215) 972-7104-
                                             dcalo@saul.com
                                             *Counsel for Defendant*
                                             *Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

CASE NO. 9:14-cv-81184-KAM

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

        Plaintiff,

vs.

DOHERTY ENTERPRISES, INC.,

        Defendant.

_____/

**NOTICE OF SERVICE OF DOHERTY APPLE FLORIDA, LLC'S
INITIAL DISCLOSURES**

        PLEASE TAKE NOTICE that on February 12, 2015, the undersigned counsel caused a

copy of **Doherty Apply Florida, LLC's Initial Disclosures** to be served on the following

parties in the manner indicated therein.

P. David Lopez, Esq., General Counsel
James L. Lee, Esq., Deputy General Counsel
Gwendolyn Young Reams, Associate General Counsel
U.S. Equal Employment Opportunity Commission
131 M Street, N.E.
Washington DC 20507
**(Via First Class Mail)**

Robert E. Weisberg, Esq. – Regional Attorney; Robert.weisberg@eeoc.gov
Kimberly A. McKoy-Cruz, Esq. – Supervisory Trial Attorney; Kimberly.cruz@eeoc.gov
Kristen Foslid, Esq. – Trial Attorney; kristen.foslid@eeoc.gov
U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida  33131
Tel: (305) 808-1803
Fax: (305) 808-1835
*Counsel for Plaintiff, Equal Employment Opportunity Commission*
**(Via First Class Mail and E-mail)**

By: /s/ Antoinette Theodossakos

Antoinette Theodossakos, Esq.
Florida Bar No. 178608
**HAILE, SHAW & PFAFFENBERGER, P.A.**
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
Phone: (561) 627-8100
Fax: (561) 622-7603
atheodossakos@haileshaw.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

CASE NO. 9:14-cv-81184-KAM

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

       Plaintiff,

vs.

DOHERTY ENTERPRISES, INC.,

       Defendant.

_____/

## <u>CERTIFICATE OF SERVICE</u>

       I, Antoinette Theodossakos, hereby certify that on February 12, 2015, I caused a copy of

the foregoing **Doherty Apply Florida, LLC's Initial Disclosures** to be served on the following

parties in the manner indicated therein.

P. David Lopez, Esq., General Counsel
James L. Lee, Esq., Deputy General Counsel
Gwendolyn Young Reams, Associate General Counsel
U.S. Equal Employment Opportunity Commission
131 M Street, N.E.
Washington DC 20507
**(Via First Class Mail)**

Robert E. Weisberg, Esq. – Regional Attorney; Robert.weisberg@eeoc.gov
Kimberly A. McKoy-Cruz, Esq. – Supervisory Trial Attorney; Kimberly.cruz@eeoc.gov
Kristen Foslid, Esq. – Trial Attorney; kristen.foslid@eeoc.gove
U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida  33131
Tel: (305) 808-1803
Fax: (305) 808-1835
*Counsel for Plaintiff, Equal Employment Opportunity Commission*
**(Via First Class Mail and E-mail)**

By: /s/  Antoinette Theodossakos
Antoinette Theodossakos, Esq.
Florida Bar No. 178608
**HAILE, SHAW & PFAFFENBERGER, P.A.**
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
Phone: (561) 627-8100
Fax: (561) 622-7603
atheodossakos@haileshaw.com
*Counsel for Defendant*