FILED BY AP
Deputy Clerk
Jun 22, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-11982-AA
Case Style: Equal Employment Opportunity C v. Doherty Group, Inc.
District Court Docket No: 9:14-cv-81184-KAM

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA
Phone #: (404) 335-6180

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 18-11982-AA

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff - Appellee,

versus

DOHERTY ENTERPRISES, INC.,

Defendant,

DOHERTY GROUP, INC.,
d.b.a. Doherty Enterprises Inc.,

Defendant - Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

ENTRY OF DISMISSAL: Pursuant to Appellant Doherty Group, Inc.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective June 22, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Tonya L. Searcy, AA, Deputy Clerk

FOR THE COURT - BY DIRECTION