UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-81184-KAM

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

       Plaintiff,

vs.

DOHERTY ENTERPRISES, INC. d/b/a
THE DOHERTY GROUP, INC.

       Defendant.
_____/

## ORDER AFFIRMING THE REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendant's Bill of Costs (DE 359).

THIS MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated December 29, 2020, has been filed, recommending that the district court award Defendant $7,385.02 in costs.

The Court has conducted a *de novo* review of the entire file, the record herein and over no objections filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1)     The Report is **AFFIRMED**.

2)     Defendant's Bill of Costs (DE 359) is **GRANTED IN PART AND DENIED IN PART** in the amount of $7,385.02.

1

3)      The Court will separately issue Judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 14th day of January, 2021.


KENNETH A. MARRA
United States District Judge